Paul M. Mahoney, SBN 43531
pmahoney@mahoneyandsoll.com
Richard A. Soll, SBN 67610
r.soll@mahoneyandsoll.com
MAHONEY & SOLL LLP
150 West First Street, Suite 180
P.O. Box 940
Claremont, CA 91711
(909) 399-9987; (909) 399-0130 (fax)

Attorneys for Defendant and Third-Party Plaintiff
CS CRAIG PROPERTIES, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOPEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CS CRAIG PROPERTIES, LLC, a California limited liability company, and DOES 1 through 100,<br><br>　　　　　Defendants.<br><br>AND THIRD-PARTY CLAIM | Case No. 5:20-cv-00051-JGB-KK<br><br>[Assigned to the Honorable Jesus G. Bernal, Riverside Courtroom 1)<br><br>**STIPULATION OF DISMISSAL** |

　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: January 27, 2021　　　　McFARLIN LLP

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Timothy G. McFarlin
　　　　　　　　　　　　　　　Attorney for Plaintiff, DAVID LOPEZ

(Signatures Continue)

-1-
ORDER DENYING MOTION FOR SUMMARY JUDGMENT

DATED: January 27, 2021            MAHONEY & SOLL LLP

By: _____
Richard A. Soll
Attorney for Defendant and Third-Party Plaintiff CS CRAIG PROPERTIES, LLC

DATED: January 27, 2021            LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Stephen E. Abraham
Attorney for Third-Party Defendant W.F. CONSTRUCTION, INC.

## CERTIFICATE OF SERVICE

A copy of the foregoing **STIPULATION OF DISMISSAL** has been filed this 18 day of Feb, 2021, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

_____
RICHARD A. SOLL